UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/3/2020_____

YVONNE DAVIS, on behalf of O.C.,

              Plaintiff,

     -against-

RICHARD CARRANZA, in his official capacity as
Chancellor of the NEW YORK CITY DEPARTMENT
OF EDUCATION, the NEW YORK STATE
EDUCATION DEPARTMENT, and THE NEW YORK
CITY DEPARTMENT OF EDUCATION

              Defendants.

19 Civ. 10123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     On November 1, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by January 2, 2020.  Those submissions are now overdue.  Accordingly, it is hereby ORDERED that by **January 6, 2020**, the parties shall submit their joint letter and proposed case management plan.

     SO ORDERED.

Dated: January 3, 2020
     New York, New York

_____
      ANALISA TORRES
    United States District Judge