USDC SDNY stamp present

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Y.D. on behalf of O.C.,

                Plaintiff,

-against-

RICHARD CARRANZA, et al.,

                Defendants.

-----------------------------------------------------------------x

**ORDER**

19-CV-10123 (AT)

IT IS HEREBY ORDERED that, within forty-five (45) days of the date of this Order, the Office of State Review of the New York State Education Department shall mail a certified copy of the administrative record in Office of State Review Appeal No. 19-060 – in hard copy and electronic form – to counsel for the City Defendants, Corporation Counsel of the City of New York, 100 Church Street, Rm. 2-306, New York, NY 10007, ATTN: Copatrick Thomas; and

IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, City Defendants' counsel shall provide a copy of such record to counsel for the Plaintiff and the New York State Department of Education, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

SO ORDERED.

                                            HONORABLE ANALISA TORRES
                                            UNITED STATES DISTRICT JUDGE

DATED:    New York, New York
                January __7__, 2020