USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/7/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE DAVIS, on behalf of O.C.,

                Plaintiff,

-against-

RICHARD CARRANZA, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, the NEW YORK STATE EDUCATION DEPARTMENT, and THE NEW YORK CITY DEPARTMENT OF EDUCATION

                Defendants.

19 Civ. 10123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' submissions dated January 5 and 6, 2020, ECF Nos. 15, 17, it is hereby ORDERED that:

(1) By **March 23, 2020**, Plaintiff shall file her motion for summary judgment;
(2) By **April 22, 2020**, Defendants shall file their opposition to Plaintiff's motion, and cross-motion for summary judgment;
(3) By **May 13, 2020**, Plaintiff shall file her opposition to Defendants' motion and reply in support of her motion;
(4) By **June 3, 2020**, Defendants shall file their reply.

The initial pretrial conference scheduled for January 7, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge