# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

YVONNE DAVIS, on behalf of O.C.,

                Plaintiff,

-against-

RICHARD CARRANZA, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, the NEW YORK STATE EDUCATION DEPARTMENT, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

-----------------------------------------------------------X

19 **CIVIL** 10123 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2021, and the Court's Memo Endorsed Order dated June 23, 2021, Plaintiff's motion for summary judgment is DENIED and Defendants' cross-motion for summary judgment is GRANTED and judgment is hereby entered; accordingly, the case is closed.

**Dated:** New York, New York
         June 29, 2021

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**

               **BY:**
                                                 **Deputy Clerk**